**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 16, 2026
Docket #: 26-2922
Short Title: Trudo v. New York City Department of Education

DC Docket #: 1:25-cv-1345
DC Court: EDNY (BROOKLYN)
DC Judge: Hector Gonzalez

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

____ Record on Appeal - Certified List

____ Record on Appeal - CD ROM

____ Record on Appeal - Paper Documents

__X__ Record on Appeal – First Supplemental Electronic Index

____ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 21-857-8551.